JOSEPH T. HOPPINS v. JONAS MILLER.

In case.

A Promissory Note, dated at New York, without designating the place of payment, draws seven per cent interest; unless there be proof that it *was* made in this State.

This was an action brought in this Court, by the Endorsee against the Maker of a Promissory Note in the following words:

New York, 29 October, 1834.

Three months after date, I promise to pay to John Wallis or order, two hundred and sixty-eight dollars, for value received.

*Mr. Green* applied to the Court, for judgment and assessment of damages; and insisted that the plaintiff was entitled to seven per cent interest; the note being dated at New York, and not made payable in New Jersey or any other particular place, and cited, 3 *Green*, 328; 17 *John.* 511; 1 *Wash. C. C.* 521; 2 *Ib.* 253.

*R. P. Thompson*, contra.

BY THE COURT.

This contract, upon the face of it, a New York transaction, and must carry interest according to the laws of that State, which it is admitted, is seven per cent per annum; unless it is shown to the Court, that the note was really made in this State.